UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**KONNIE F. ANDERSON,**

    **Plaintiff,**

v.

                         Civ. Action No. 3:13-cv-00103

**LIFE INSURANCE COMPANY OF
NORTH AMERICA and EAST
TENNESSEE CHILDREN'S HOSPITAL,**

    **Defendant.**

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

AGREED TO AND APPROVED:

By: s/John P. Dreiser, with permission
John P. Dreiser, TN BPR No. 020743
1356 Papermill Pointe Way
Knoxville, TN 37919
(865) 584.1211

*Attorneys for Plaintiff*

1

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: <u>s/Cameron S. Hill</u>
Cameron S. Hill, TN BPR No. 017408
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
(423) 209-4160
(423) 752-9545 - Facsimile

*Attorneys for Defendant Life Insurance
Company of North America*